Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100**<br>**River Edge, NJ 07661** | **233 Broadway, Suite 2370**<br>**New York, NY 10279**<br>(Preferred mailing address) |

November 4, 2020

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

Re: United States v. David Garcia
18 Cr. 669 (JPO)

Dear Judge Oetken:

Peter Quijano and I are counsel for David Garcia, who is detained at the Metropolitan Correction Center pending sentence. We respectfully request that Mr. Garcia's sentencing hearing, currently scheduled for December 17, 2020, be adjourned for approximately ninety days.

Due to COVID-19 protocols, the defense needs additional time to prepare a sentencing submission. The statutory minimum term of imprisonment for Mr. Garcia is five years.

No prior requests have been made to adjourn the sentencing. Assistant United States Attorneys Jacob Warren informs us that the Government has no objection to this request.

> Granted. The sentencing hearing as to Defendant David Garcia, previously scheduled for December 17, 2020, is hereby adjourned to Thursday, March 18, 2021, at 12:00 p.m.
> So ordered.
> November 4, 2020

Sincerely,

/s/

Donald J. Yannella, Esq.

_____
J. PAUL OETKEN
United States District Judge